371 A.2d 862
Commonwealth v. Owens, Appellant.

Submitted April 19, 1976. John H. Corbett, Jr., Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 862
Commonwealth v. Parker, Appellant.

Submitted September 13, 1976. Paul J. Drucker, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., dissents.